RICHARD O. DECKER v. VERNON VALLEY
RECREATION ASSOCIATION, INC.

December 16, 1982.

Petition for certification denied.

---

THOMAS BARTARIS v. LAWRENCE CENTER COMPANY.

December 16, 1982.

Petition for certification denied.

---

EQUITY COMMITTEE OF LOUIS SCHLESINGER COMPANY v.
HARRY B. REICHENSTEIN.

December 16, 1982.

Petition for certification denied.

---

STATE OF NEW JERSEY v. WILLIAM HARRIS, JR.

December 16, 1982.

Petition for certification denied.